173 A.3d 158

**MANSARAY**

v.

**MUTUAL BENEFIT INSURANCE CO.**
**and Southern Maryland Insurance**

**Pet. Docket No. 271, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Dismissed by the Court of Special Appeals (No. 340, Sept. Term, 2017).

Petition for writ of certiorari dismissed

173 A.3d 158

**MCC MILLWORK & CABINET CORP.**

v.

**SLOCUM ADHESIVES**

**Pet. Docket No. 273, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 290, Sept.Term, 2016).

Petition for writ of certiorari denied